UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

EASYGROUP LTD,

          Plaintiff,

          v.

SKYSCANNER INC., *et al.*,

          Defendants.

Case No. 20-cv-20062-CMA

### SKYSCANNER INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Skyscanner Inc. discloses that it is a wholly owned subsidiary of Skyscanner Holdings Inc. Skyscanner Holdings Inc. is a wholly owned subsidiary of Skyscanner Limited. Skyscanner Limited is a wholly owned subsidiary of Skyscanner Holdings Limited. Skyscanner Holdings Limited is owned by Trip.com Group Ltd. No entity other than Trip.com Group Ltd. owns more than 10% of Skyscanner Holdings Limited.

Skyscanner Inc. further discloses that that the following list of persons, associated persons, firms, partnerships or corporations that have a financial interest in the outcome of this case, including all subsidiaries, conglomerates, affiliates, parent corporation, and other identifiable legal entities related to a party:

1. Skyscanner Inc.
2. Skyscanner Holdings Inc.
3. Skyscanner Limited
4. Skyscanner Holdings Limited
5. Trip.com Group Ltd.
6. Fenwick & West LLP
7. Waldman Barnett, LP

Respectfully submitted,

Dated: February 18, 2020

By: *Eleanor T. Barnett*_____
Eleanor T. Barnett, Esq.
Florida Bar No. 355630
WALDMAN BARNETT, P.L.
3250 Mary Street, Suite 102
Coconut Grove, Florida 33133
Tel: (305) 371-8809
Fax: (305) 448-4155
ebarnett@waldmanbarnett.com
litservice@waldmanbarnett.com

Eric Ball (*pro hac vice to be filed*)
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041
Tel:  (650) 988-8500
Fax: (650) 938-5200
eball@fenwick.com

ATTORNEYS FOR DEFENDANT
SKYSCANNER INC.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 18, 2020, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Eleanor T. Barnett*_____
Eleanor T. Barnett, Esq.