UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-20062-CIV-ALTONAGA/Goodman

**EASYGROUP LTD.**,

    Plaintiff,

v.

**SKYSCANNER, INC.**; *et al.*,

    Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court on Plaintiff, EasyGroup LTD's Notice . . . of Plaintiff's Intent to Serve Jurisdictional Discovery upon Foreign Defendants [ECF No. 65], filed on May 7, 2020. Plaintiff advises it intends to conduct jurisdictional discovery as to Defendants, Empresa Aerea de Servicios y Facilitacion Logistica Integral, S.A.; Alfonso Avila Velandia; Luftwinds, S.A.; and Henry Alejandro Cubides Moreno. (*See generally id.*). Plaintiff proposes a schedule to complete such discovery. (*See generally id.*).

Accordingly, the parties shall adhere to the following schedule:

1. Plaintiff shall serve written jurisdictional discovery requests by **May 15, 2020**.

2. Defendant(s) shall serve objections to written jurisdictional discovery requests — following proper conferral with Plaintiff — by **May 27, 2020**. Should any objections be served, Plaintiff shall contact Magistrate Judge Jonathan Goodman's chambers by May 28, 2020 to arrange a date for a discovery hearing.

3. Defendant(s) and Plaintiff shall substantially complete document production as well as answers to interrogatories and requests for admissions in response to jurisdictional discovery requests by **June 5, 2020**.

CASE NO. 20-20062-CIV-ALTONAGA/Goodman

4. Defendant(s) and Plaintiff shall complete any depositions related to jurisdictional discovery by **June 22, 2020**.

5. Plaintiff has until **July 2, 2020** to file its second amended complaint or file a notice it intends to proceed with the Amended Complaint [ECF No. 12].

6. Defendants, Empresa Aerea de Servicios y Facilitacion Logistica Integral, S.A.; Alfonso Avila Velandia; Luftwinds, S.A.; and Henry Alejandro Cubides Moreno have until **July 10, 2020** to file a combined renewed motion to dismiss for lack of personal jurisdiction or a notice indicating they will not be challenging personal jurisdiction.

7. Defendants, Skyscanner, Inc., Kayak Software Corporation, and Kiwi.com, Inc. have until **July 10, 2020** to file answers to the operative complaint. Nevertheless, if one or all intend to file a motion to dismiss the operative complaint for failure to state a claim for relief under Rule 12, they shall not do so until all Defendants who so intend to move to dismiss do so in one combined filing, the deadline of which the Court will supply by separate order.

**DONE AND ORDERED** in Miami, Florida, this 8th day of May, 2020.

*[signature]*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record