UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   20-20062-CIV-ALTONAGA/GOODMAN

EASYGROUP LTD,
a United Kingdom corporation,

     Plaintiff,

v.

SKYSCANNER, INC. a Delaware corporation
registered to do business in Florida,
KAYAK, SOFTWARE CORPORATION,
a corporation chartered in Delaware, KIWI.COM,
INC., a Delaware corporation, LBF TRAVEL, INC.,
d/b/a SMARTFARES.COM, a Delaware
corporation, EMPRESA AEREA DE SERVICIOS
Y FACILITACION LOGISTICA INTEGRAL,
S.A., d/b/a EASYFLY, S.A., a Colombian
corporation, ALFONSO AVILA VELANDIA,
an individual resident of Bogota, Colombia,
LUFTWINDS S.A., a Panamanian corporation,
HENRY ALEJANDRO CUBIDES MORENO,
an individual resident of the Republic of Panama.

     Defendants.
_____/

## UNOPPOSED MOTION TO EXTEND DEADLINE TO COMPLETE JURISDICTIONAL DEPOSITIONS, TO FILE AMENDED COMPLAINT AND TO FILE RENEWED MOTION TO DISMISS OR ANSWER

Plaintiff, easyGroup LTD f/k/a easyGroup IP Licensing Ltd. ("easyGroup" or "Plaintiff"), through its undersigned counsel hereby moves for a short extension of the deadline to complete jurisdictional depositions, for Plaintiff to file its amended complaint, and for Defendants to file their response, and states as follows:

1. On May 8, 2020, this Court issued an order permitting Plaintiff to conduct jurisdictional discovery with respect to the Foreign Defendants[1] ("Order"). [D.E. 66].

---

[1] Defendants, Empresa Aerea de Servicios Y Facilitacion Logistica Integral, S.A. d/b/a Easyfly, ("Defendant" or "Easyfly"), Alfonso Avila Velandia ("Defendant" or "Avila"), Luftwinds, S.A. ("Defendant" or "Luftwinds") and

2. Pursuant to that Order, the deadline to complete jurisdictional depositions is June 22, 2020 and the deadline for Plaintiff file its amended complaint is July 2, 2020. [D.E. 66].

3. Despite the parties' due diligence, the depositions of the Foreign Defendants have not been finalized yet. Among other things, counsel for the Foreign Defendants has explained that the Foreign Defendants who are located in Colombia are currently still under stay-at-home orders, coupled with legal holidays in Colombia on June 15 and June 22. Also there have been challenges in setting up logistics to hold these depositions via zoom given the many different locations where all participants will be situated and the fact that an interpreter will also be necessary who will have to participate from their own location as well.

4. It is Plaintiff's understanding that Foreign Defendants have now confirmed their availability for deposition on June 23, 24 and 25. Given the challenging logistics and the need for an interpreter, it is quite possible that the depositions will run beyond the designated dates of June 23, 24 and 25, 2020.

5. In light thereof, and in order to ensure there is sufficient time for Plaintiff to complete the subject depositions and obtain the transcripts regarding same, Plaintiff respectfully requests that the deadline to complete jurisdictional depositions be extended until June 26, 2020.

6. Should the Court grant the foregoing requested extension, then Plaintiff would respectfully request that the deadline to file its amended complaint be extended to July 8, 2020 and the deadline for Foreign Defendants to file a renewed motion to dismiss or for Defendants to file their answer be extended to July 16, 2020. Defendant, Kayak Software Corporation ("Kayak") requests that the deadline for filing of its response be extended for a two week period or through June 24, 2020.

---

Henry Alejandro Cubides Moreno ("Defendant" or "Cubides")(Easyfly, Avila, Luftwinds and Cubides, collectively "Foreign Defendants").

**WHEREFORE**, the Plaintiff respectfully requests that this Court extend: (1) the deadline for the completion of jurisdictional depositions up through June 26, 2020, (2) the deadline for Plaintiff to file its amended complaint, up through July 8, 2020, (3) the deadline for Foreign Defendants to file their renewed motion to dismiss or answer up through July 16, 2020, and (4) the deadline for remaining Defendants to respond by July 16, 2020, and grant such other further relief as this Court deems just and proper.

### Certificate of Compliance with Local Rule 7.1(a)(3)

Undersigned counsel has conferred with counsel for Defendants who do not oppose this motion. However, as stated hereinabove, Defendant Kayak, requests that it be granted a two week extension to file its response or through June 24, 2020.

Dated: This 19th day of June, 2020.        Respectfully submitted,

*/s/Francesca Russo*
Francesca Russo
Fla. Bar No. 174912
Francesca.russo@gray-robinson.com
Jorge Espinosa
Fla. Bar No. 779032
Jorge.espinosa@gray-robinson.com
Robert R. Jimenez
Fla. Bar. No. 72020
robert.jimenez@gray-robinson.com
**GRAYROBINSON, P.A.**
333 S.E. 2nd Ave., Suite 3200
Miami, FL 33131
Tel: 305-416-6880
Fax: 305-416-6887

*Attorneys for Plaintiff*