UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-20062 –CIV–ALTONAGA/Goodman

EASYGROUP LTD,

    Plaintiff,

vs.

SKYSCANNER, INC.,
KAYAK SOFTWARE CORPORATION,
KIWI.COM, INC., LBF TRAVEL, INC.,
d/b/a SMARTFARES.COM,
EMPRESA AEREA DE SERVICIOS Y
FACILITACION LOGISTICA INTEGRAL, S.A.,
d/b/a EASYFLY, S.A., ALFONSO AVILA
VELANDIA, LUFTWINDS S.A.,
HENRY ALEJANDRO CUBIDES MORENO.

    Defendants
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE
## ONLY AS TO DEFENDANT SKYSCANNER, INC.

Plaintiff, EASYGROUP, LTD. ("Plaintiff") and Defendant, SKYSCANNER, INC. ("SKYSCANNER") (Plaintiff and Skyscanner are herein referred to as the "Parties"), through undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby file this stipulation of dismissal of the Amended Complaint, with prejudice, against Skyscanner, and state:

    1.    The Plaintiff and Skyscanner have entered into a settlement agreement.

    2.    Plaintiff and Skyscanner have agreed that this matter be dismissed with prejudice ONLY as to Skyscanner.

    3.    Each party to this stipulation is to bear its own legal fees and costs in this matter.

4. Accordingly, the Parties file this stipulation of dismissal, only as to Defendant Skyscanner, with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: August 20, 2020.                                          Respectfully submitted,

By: */s/ Jorge Espinosa*                                         By: */s/ Eleanor T. Barnett*
    Jorge Espinosa, Esq.                                           Eleanor T. Barnett, Esq.
    Florida Bar No. 779032                                          Florida Bar No. 355630
    jorge.espinosa@gray-robinson.com                                ebarnett@waldmanbarnett.com
    Francesca Russo, Esq.                                           **WALDMAN BARNETT, P.L.**
    Florida Bar No. 174912                                          3250 Mary Street, Suite 102
    francesca.russo@gray-robinson.com                               Coconut Grove, Florida 33133
    **GRAYROBINSON, P.A.**                                          Tel: (305) 371-8809
333 S.E. 2nd Ave., Suite 3200                                    Fax: (305) 448-4155
Miami, Florida 33131
Tel: (305) 416-6880                                              Eric Ball (*pro hac vice* to be filed)
Fax: (305) 416-6887                                              eball@fenwick.com
                                                                            **FENWICK & WEST LLP**
*Counsel for Plaintiff, easyGroup, LTD.*                         801 California Street
                                                                            Mountain View, CA 94041
                                                                            Tel: (650) 988-8500
                                                                            Fax: (650) 938-5200

                                                                            *Attorneys for Defendant Skyscanner Inc.*

IT IS SO ORERED this _____ day of _____, 2020.

                                                                           _____
                                                                           Cecilia M. Altonaga
                                                                           United States District Judge