**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:20-cv-20062-ALTONAGA/Goodman**

EASYGROUP LTD,
a United Kingdom corporation,

Plaintiff,

v.

KAYAK, SOFTWARE CORPORATION,
a corporation chartered in Delaware, and
EMPRESA AEREA DE SERVICIOS
Y FACILITACION LOGISTICA INTEGRAL,
S.A., d/b/a EASYFLY, S.A., a Colombian
corporation.

Defendants.
_______________________________________/

# ***SECOND AMENDED***[1] **NOTICE OF DISCOVERY HEARING**

**YOU ARE HEREBY NOTIFIED** that Plaintiff, EasyGroup LTD f/k/a easyGroup IP Licensing Ltd., by and through its undersigned counsel, has set for hearing before United States Magistrate Judge Jonathan Goodman, on **Thursday, June 3, 2021 at 2:30 p.m.,** on Magistrate Goodman's discovery calendar, the following discovery issues:

- **Plaintiff and Defendant Empresa Aerea de Servicios Y Facilitacion Logistica Integral, S.A., dispute the appropriateness of the objections interposed regarding the following first set of interrogatories:**

(i) Plaintiff's first set of interrogatories to Defendant Empresa Aerea de Servicios Facilitacion Logistica Integral, S.A., d/b/a Easyfly, S.A., No. 4.

---

1 This notice reflects the updated discrete issues remaining to be resolved.

- **Plaintiff and Defendant Empresa Aerea de Servicios Y Facilitacion Logistica Integral, S.A., dispute the appropriateness of the objections interposed regarding the following first request for production of documents**:

(i) Plaintiff's First Request for Production of Documents to Defendant Empresa Aerea de Servicios Y Facilitacion Logistica Integral, S.A., d/b/a Easyfly, S.A., Nos. 20, 22.

- **Plaintiff and Defendant Empresa Aerea de Servicios Y Facilitacion Logistica Integral, S.A., dispute the appropriateness of the objections interposed regarding the following first set of admissions:**

(i) Plaintiff's First Set of Admissions to Defendant Empresa Aerea de Servicios Y Facilitacion Logistica Integral, S.A., d/b/a Easyfly, S.A., Nos. 15[2].

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)**

Pursuant to Local Rule 7.1 (a)(3), counsel for Plaintiff certifies that they have conferred with counsel for Defendant Empresa Aerea de Servicios Y Facilitacion Logistica Integral, S.A., d/b/a Easyfly, S.A., to whom the aforementioned discovery requests were directed, prior to filing this notice, and was advised that Defendant Empresa Aerea de Servicios Y Facilitacion Logistica Integral, S.A., d/b/a Easyfly, S.A., does not object to the filing of this notice. Counsel for Plaintiff and Defendant, will continue to seek to resolve the issues that remain. Should some or all of the issues be resolved prior to the hearing date, counsel for Plaintiff will promptly notify Judge Goodman's chambers, and provide notice about those issues which are no longer in dispute.

*[Signature Appears on Next Page]*

2 Prior notice referenced the number 14 but that was a typographical error. The parties understand that it is number 15 that is at issue, not 14.

Dated: June 1, 2021.

Respectfully submitted,

*/s/Francesca Russo*
Francesca Russo
Florida Bar No. 174912
*francesca.russo@gray-robinson.com*
Jorge Espinosa
Florida Bar No. 779032
*jorge.espinosa@gray-robinson.com*
Robert R. Jimenez
Florida Bar No. 72020
*robert.jimenez@gray-robinson.com*
**GRAYROBINSON, P.A.**
333 S.E. 2nd Avenue
Suite 3200
Miami, Florida 33131
Tel: 305-416-6880
Fax: 305-416-6887

*Attorneys for Plaintiff*
*easyGroup, LTD.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 1, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro-se parties identified in the attached Service List in the manner specified.

/s/ Francesca Russo
Francesca Russo, Esq.

**SERVICE LIST**

Ury Fischer, Esq.
Florida Bar No. 048534
Ufischer@lottfischer.com
Giulia C. Farrior, Esq.
Florida Bar No. 1011300
gfarrior@lottfischer.com
**LOTT & FISCHER, PL**
255 Aragon Ave., Third Floor
Coral Gables, FL 33134
Tel: 305-448-7089
***Via CM/ECF***
***Attorneys for Defendant,***
***Empresa Aerea de Servicios Y Facilitacion Logistica Integral, S.A,***
***d/b/a EASYFLY, S.A.***

Eleanor T. Barnett, Esq.
ebarnett@waldmanbarnett.com
litservice@waldmanbarnett.com
**WALDMAN BARNETT, P.L.**
3250 Mary Street, Suite 102
Coconut Grove, FL 33133
Tel: 305-371-8809
Fax: 305-448-4155

Kristen McCallion,Esq. (Pro Hac Vice)
Mccallion@fr.com
Sarah Kelleher, Esq. (Pro Hac Vice)
kelleher@fr.com
**FISH & RICHARDONS, PC**
7 Times Square, 20th FL
New York, NY 10036
Tel: 212-641-2261
***Via CM/ECF***
***Attorneys for Defendant, Kayak Software Corp.***