UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-20062-CIV-ALTONAGA/GOODMAN

EASYGROUP LTD,

    Plaintiff,

v.

KAYAK, SOFTWARE CORP., et al.,

    Defendants.
_____/

**POST-DISCOVERY HEARING ADMINISTRATIVE ORDER**

On June 3, 2021, the Undersigned held a zoom discovery hearing on the parties' discovery disputes. [ECF Nos. 144; 146]. At the hearing, the Undersigned **ordered** as follows:

**Empresa Aerea De Servicios's Answer to Interrogatory No. 4**: By Friday, June 11, 2021, Empresa Aerea De Servicios shall answer Interrogatory No. 4 to the extent that there have been any *actual* negotiations, *actual* agreements, or *actual* discussions with other potential codeshare participants who fly within or to and from the United States. This specifically excludes any internal discussions (i.e., not involving an outside party) about possible communications or possible negotiations. Any answers provided to this interrogatory will be categorized as "for attorney's eyes only," subject to the two-tiered

confidentiality agreement. In order for an attorney to be permitted to view any answers provided to this interrogatory, the attorney must be a member of the Florida Bar. The answer must be marked in a fashion that makes readers aware of its confidentiality status.

**Empresa Aerea De Servicios's Response to RFP No. 20**: By Friday, June 11, 2021, Empresa Aerea De Servicios shall produce the requested documents to the extent that there have been any *actual* negotiations, *actual* agreements, or *actual* discussions with other potential codeshare participants. This specifically excludes any internal discussions (i.e., not involving an outside party) about possible communications or possible negotiations. Any documents provided in response to this request for production will be categorized as "for attorney's eyes only," subject to the two-tiered confidentiality agreement. In order for an attorney to be permitted to view any documents provided in response to this request for production, the attorney must be a member of the Florida Bar. The documents must be marked in a fashion that makes readers aware of their confidentiality status.

**Empresa Aerea De Servicios's Response to RFP No. 22**: By Friday, June 11, 2021, Empresa Aerea De Servicios shall produce the requested documents to the extent that there have been any *actual* negotiations, *actual* agreements, or *actual* discussions with other potential codeshare participants who offer travel services in the United States. This specifically excludes any internal discussions (i.e., not involving an outside party) about possible communications or possible negotiations. Any documents provided in response

to this request for production will be categorized as "for attorney's eyes only," subject to the two-tiered confidentiality agreement. In order for an attorney to be permitted to view any documents provided in response to this request for production, the attorney must be a member of the Florida Bar. The documents must be marked in a fashion that makes readers aware of their confidentiality status.

**Empresa Aerea De Servicios's Response to RFA No. 16**: By Friday, June 11, 2021, Empresa Aerea De Servicios shall provide a supplemental response as to whether there have been any *actual* negotiations, *actual* agreements, or *actual* discussions with other potential codeshare participants offering travel services in the United States. This specifically excludes any internal discussions (i.e., not involving an outside party) about possible communications or possible negotiations. Any response(s) provided in response to this request for admission will be categorized as "for attorney's eyes only," subject to the two-tiered confidentiality agreement. In order for an attorney to be permitted to view any response provided in response to this request for admission, the attorney must be a member of the Florida Bar. The response(s) must be marked in a fashion that

makes readers aware of its confidentiality status.

**DONE AND ORDERED** in Chambers, in Miami, Florida, on June 7, 2021.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**
The Honorable Cecilia M. Altonaga
All counsel of record